**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 04–13563–JHW
Chapter: 13
Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lewis R Brooks Sr.                          Elizabeth B. Brooks
2 E. Hawthorne Woods                         26 Roseberry Court
Deptford, NJ 08096                           Deptford, NJ 08096

Social Security No.:
 xxx–xx–4561                                 xxx–xx–7267

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 12, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 54 – 45
Opinion (related document:[45] Motion re: Motion to Determine and Disgorge Funds filed by Debtor Lewis R Brooks, Debtor Elizabeth B. Brooks).. The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney Bruce D. Gordon. Signed on 4/12/2007. (eag)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 12, 2007
JJW: eag

James J. Waldron
Clerk